**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **KEVIN CUPP,** *Plaintiff* | § § | **W-23-CV-00855-ADA** |
| **-vs-** | § § § | |
| **NUCOR CORPORATION,** *Defendant* | § § § | |

**Order of Recusal**

Having been referred this case for all pretrial purposes, this Court hereby recuses the undersigned from hearing this case under 28 U.S.C. § 455(b) as a family member holds a financial interest in a party to the proceeding.

SIGNED this 2nd day of January, 2024.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE